AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |
| WILLIAM E. BURKE | Case Number: 8:05-CR-395-T-24MAP |
| _____/ | USM Number: 48231-018 |
| | Daniel Hernandez, Esq. (Retained) |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ was found in violation of charge number __one__ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conviction for Making False Declarations in violation of 18 U.S.C. § 1623. Defendant was convicted by a jury on January 23rd, 2007 of conduct which occurred from October 14th, 2005 up to and including May 11th, 2006. | May 11th, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: June 27th, 2007

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Date ____June 27th, 2007____

DEFENDANT:   WILLIAM E. BURKE  
CASE NUMBER:  8:05-CR-398-T-24MAP

Judgment - Page __2__ of __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ***TEN (10) MONTHS FOLLOWED BY NO TERM OF SUPERVISED RELEASE.***

_____ The Court makes the following recommendations to the Bureau of Prisons:

_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.   p.m.   on _____.

    ___ as notified by the United States Marshal.

__X__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    _x_ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL